SELMA JACOBS, Respondent, v. ALMA OLANDER and Another, Defendants, and OWEN F. HANRETTY and Another, Appellants.— Order striking out answer and granting summary judgment of foreclosure, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Carswell and Johnston, JJ.; Scudder, J., not voting.

AJAX CRAFTSMEN, INC., Appellant, v. CHARLES N. WHINSTON and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Does the complaint state facts sufficient to constitute a cause of action? Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ. [See ante, p. 731.]

MARY AUSTIN and Another, as All of the Executrices of and Trustees under the Last Will and Testament of WILLIAM L. AUSTIN, Deceased, Appellants, v. ATLANTIC BEACH BRIDGE CORPORATION, Respondent, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

EMMA BAUMGARDT, Respondent, v. WILLIAM BAUMGARDT, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

THERESA M. BENDERNAGEL, Appellant, v. WILLIAM HODSON, as Commissioner of the Department of Public Welfare of the City of New York, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

JENNIE BERSON, Appellant, v. WILLIAM BERSON, Respondent.— Motion for an order directing that the proposed case on appeal annexed to the motion papers be the entire case on appeal after the same has been duly printed and filed denied, without costs. Evidently the motion which plaintiff sought to make before the trial justice should have been made on affidavits at Special Term. (Civ. Prac. Act, § 522.) If the plaintiff deems the procedure regular and does not wish to print the entire record, she may bring up her appeal on a bill of exceptions, or on an abridged record. (Capone v. Matteo Realty Corp., 241 App. Div. 845.) Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

ALICE B. BROWNE and Another, Appellants, v. THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

PAULINE BUCHALSKI, as Administratrix, etc., of EDWARD BUCHALSKI, Deceased, Appellant, v. SIMON B. KRAMER and Another, Individually and as Copartners Doing Business under the Registered Trade Name of WESTERN CHAIR COMPANY, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.